THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARK DAVIS, Appellant, *v.* THOMAS L. FEITNER et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Davis* v. *Feitner,* 62 App. Div. 618, affirmed.
(Argued November 12, 1901; decided November 26, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made June 21, 1901, which affirmed an order of Special Term dismissing a writ of certiorari to review the proceedings of the defendants in assessing the personal property of the relator for the purposes of taxation.

*Theodore Sutro* for appellant.

*John Whalen, Corporation Counsel (James M. Ward* and *Andrew T. Campbell, Jr.,* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. OSCAR F. ZOLLIKOFFER, Appellant, *v.* THOMAS L. FEITNER et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Zollikoffer* v. *Feitner,* 63 App. Div. 615, affirmed.
(Argued November 12, 1901; decided November 26, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made July 9, 1901, which affirmed an order of Special Term dismissing a writ of certiorari to review the proceedings of the defendants in assessing certain real property of the relator for the purposes of taxation.

*Theodore Sutro* for appellant.

*John Whalen, Corporation Counsel (George S. Coleman* and *James M. Ward,* of counsel) for respondents.

Order affirmed, with costs; no opinion.
Concur: O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ. Absent: PARKER, Ch. J.